THE HONORABLE JOHN C. COUGHENOUR

# IN THE UNITED STATE DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EMILY HAYEK, ANURAAG KHANDELWAL, and SAMANTHA CUTRONA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALO, LLC, a California limited liability company, d/b/a/ Alo Moves,<br><br>Defendant. | Case No. 2:23-cv-01614-JCC<br><br>STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT<br><br>Note on Motion Calendar:<br>November 15, 2023 |

## STIPULATION

Pursuant to Local Rules 7 and 10(g), and FRCP 4(d)(3), the Parties, through their undersigned counsel, submit for the Court's approval this Stipulation to extend the time for Defendant Alo, LLC ("Alo") to answer or otherwise respond to the Complaint by thirty (30) days. In support of this Stipulation, the Parties state as follows:

On October 20, 2023, Plaintiffs filed a Class Action Complaint against Alo. (Dkt. #1.) The Complaint was served on Defendants on October 26, 2023, which under Fed. R. Civ. P. 12(a) would

---

STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT (2:23-CV-01614-JCC)

1

Benesch, Friedlander, Coplan & Aronoff LLP
Meegan B. Brooks
Stephanie A. Sheridan
100 Pine Street, Suite 3100
San Francisco, California 94111
628.600.2250

require Defendants to respond by November 16, 2023.

Defendant only very recently retained counsel for this case. So that Defendant's newly retained counsel has time to investigate the allegations in the Complaint and prepare Defendant's response, the Parties agree that Defendant's deadline to respond shall be extended thirty days, until December 18, 2023.

Additionally, if Alo files a Motion to Dismiss, the Parties agree and request that the briefing schedule set forth in LCR 7(d)(3) be amended as follows with respect to Alo's Motion to Dismiss:

    a. Alo's Motion to Dismiss shall be due on December 18, 2023;

    b. Plaintiffs' deadline to file an Opposition shall be January 19, 2023; and

    c. Alo's Reply shall be due February 9, 2023.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated this 15th day of November, 2023.

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP

By: /s/ *Ziyong "Sean" Li*
Ziyong "Sean" Li (WA 44366)
sli@beneschlaw.com
Meegan B. Brooks (*Pro Hac Vice*)
mbrooks@beneschlaw.com
Stephanie A. Sheridan (*Pro Hac Vice*)
ssheridan@beneschlaw.com
100 Pine Street, Suite 3100
San Francisco, California 94111
Telephone: 628.600.2250
Facsimile: 628.221.5828

Attorneys for Defendant Alo, LLC d/b/a Alo Moves

STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT (2:23-CV-01614-JCC)

2

Benesch, Friedlander, Coplan & Aronoff LLP
Meegan B. Brooks
Stephanie A. Sheridan
100 Pine Street, Suite 3100
San Francisco, California 94111
628.600.2250

TERRELL MARSHALL LAW GROUP PLLC

By: */s/ Matthew R. Wilson*
Matthew R. Wilson (Pro Hac Vice)
mwilson@meyerwilson.com
Meyer Wilson Co., LPA
305 W. Nationwide Blvd.
Columbus, OH 43215
Telephone (614) 224-6000

Beth E. Terrell, WSBA #26759
bterrell@terrellmarshall.com
Amanda M. Steiner, WSBA #29147
asteiner@terrellmarshall.com
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

Brian Levin, *Pro Hac Vice Forthcoming*
brian@levinlawpa.com
Brandon T. Grzandziel, *Pro Hac Vice Forthcoming*
brandon@levinlawpa.com
LEVIN LAW, P.A.
2665 South Bayshore Drive, PH2
Miami, Florida 33133
Telephone: (305) 402-9050
Facsimile: (305) 676-4443

Attorneys for Plaintiff

---

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT (2:23-CV-01614-JCC)

3

Benesch, Friedlander, Coplan & Aronoff LLP
Meegan B. Brooks
Stephanie A. Sheridan
100 Pine Street, Suite 3100
San Francisco, California 94111
628.600.2250

1  **[~~PROPOSED~~] ORDER**

2  PURSUANT TO STIPULATION, IT IS SO ORDERED.

3  Dated this 16th day of November, 2023.

_____
UNITED STATES DISTRICT JUDGE
Hon. John C. Coughenour

Presented by:

By: */s/ Ziyong "Sean" Li*
Ziyong "Sean" Li (WA 44366)
sli@beneschlaw.com
Meegan B. Brooks (*Pro Hac Vice*)
mbrooks@beneschlaw.com
Stephanie A. Sheridan (*Pro Hac Vice*)
ssheridan@beneschlaw.com

Attorneys for Defendant Alo, LLC

By: */s/ Matthew R. Wilson*
Matthew R. Wilson (*Pro Hac Vice*)
mwilson@meyerwilson.com

Beth E. Terrell, WSBA #26759
bterrell@terrellmarshall.com
Amanda M. Steiner, WSBA #29147
asteiner@terrellmarshall.com

Brian Levin, *Pro Hac Vice Forthcoming*
brian@levinlawpa.com
Brandon T. Grzandziel, *Pro Hac Vice Forthcoming*
brandon@levinlawpa.com

Attorneys for Plaintiff

---

STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT (2:23-CV-01614-JCC)   |   4   |   Benesch, Friedlander, Coplan & Aronoff LLP
Meegan B. Brooks
Stephanie A. Sheridan
100 Pine Street, Suite 3100
San Francisco, California 94111
628.600.2250