THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EMILIE HAYEK *et al.*,<br><br>                    Plaintiffs,<br><br>    v.<br><br>ALO LLC, d/b/a ALO MOVES,<br><br>                    Defendant. | CASE NO. C23-1614-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' request to vacate certain deadlines and set a status conference (Dkt. No. 17). In their request, the parties report they have agreed to engage in alternative dispute resolution, which they expect to conclude this February. (*See id.*) In light of this effort, they ask the Court to vacate and reset pending deadlines. Accordingly, the Court VACATES the initial case management dates, (*see* Dkt. No. 16), and sets the following revised initial deadlines:

- Defendant's Responsive Pleading Deadline – March 22, 2024
- FRCP 26(f) Conference Deadline – February 28, 2024
- Initial Disclosure Deadline – March 6, 2024
- Joint Status Report – March 13, 2024

MINUTE ORDER
C23-1614-JCC
PAGE - 1

1  The Court declines the parties' request to set a date for a status conference. Instead, the parties
2  should address any outstanding issues in the joint status report.

4        DATED this 19th day of December 2023.

<u>Ravi Subramanian</u>
Clerk of Court

<u>s/Kathleen Albert</u>
Deputy Clerk