THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EMILIE HAYEK, ANURAAG KHANDELWAL, and SAMANTHA CUTRONA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALO, LLC, a California limited liability company, d/b/a Alo Moves,<br><br>Defendant. | NO. 2:23-cv-01614-JCC<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Fed.R.Civ.P. 41(a)(1)(A), Plaintiffs Emilie Hayek, Anuraag Khandelwal, and Samantha Cutrona, dismiss this action without prejudice. Defendant Alo, LLC d/b/a Alo Moves consents to this dismissal. The Parties will bear their own costs.

RESPECTFULLY SUBMITTED AND DATED this 11th day of March, 2024.

TERRELL MARSHALL LAW GROUP PLLC

By: /s/Beth E. Terrell, WSBA #26759
 Beth E. Terrell, WSBA #26759
 Email: bterrell@terrellmarshall.com
 Amanda M. Steiner, WSBA #29147
 Email: asteiner@terrellmarshall.com
 936 North 34th Street, Suite 300
 Seattle, Washington 98103-8869
 Telephone: (206) 816-6603

*Attorneys for Plaintiffs and the Proposed Class*

NOTICE OF DISMISSAL WITHOUT PREJUDICE- 1
CASE No. 2:23-cv-01614-JCC

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com